UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------------------X
BNY AIS NOMINEES LIMITED, GOTTEX
ABL (CAYMAN) LIMITED, GOTTEX
MATRIX ASSET FOCUSED MASTER FUND
LIMITED, GOTTEX/NOMURA MARKET
NEUTRAL FUND (USD) LIMITED, GOTTEX      C.A. 3:08CV796 (AWT)
ABI MASTER FUND LIMITED and HUDSON
ABL FUND LIMITED,

                   Plaintiffs,
                                                     **DECLARATION OF**
      -against-                                      **MARLON QUAN**

MARLON QUAN, and STEWARDSHIP
INVESTMENT ADVISORS, LLC,

                   Defendants.
-------------------------------------------------------------X

       MARLON QUAN declares under penalties of perjury, pursuant to 28 U.S.C. §1746, as follows:

       1.     I am a defendant in this action and the managing member of defendant Stewardship Investment Advisors, LLC ("SIA"). I submit this Declaration on personal knowledge in support of the motion by SIA and me to dismiss this action for improper venue.

       2.     SIA is the Investment Manager of Stewardship Credit Arbitrage Fund, Ltd. (the "Fund"), the entity referred to in paragraph 2 of the Complaint in this action as the "Hedge Fund." The Fund is an exempted mutual fund company incorporated under the Bermuda Companies Act of 1981, with its principal place of business in Hamilton, Bermuda. I am one of four directors of the Fund.

3. The plaintiff "Gottex Funds" invested in Class A shares of the Fund. As alleged in paragraph 22 of the Complaint in this action, the Gottex Funds, through their nominee, executed Share Applications pursuant to the terms of the Fund's Private Placement Memorandum. Copies of these Share Applications are annexed hereto as <u>Exhibit A</u>. One of them was executed by plaintiff BNY AIS Nominees Limited ("BNY") as nominee on behalf of GVA ABL Portfolio Limited ("GVA"), which is not a party to this case. However, paragraph 21 of the Complaint alleges that GVA's shares in the Fund were transferred to BNY for and on behalf of plaintiffs Hudson ABL Fund Ltd. and Gottex ABI Master Fund.

4. At various times after their initial investment in the Fund, certain of the Gottex Funds subscribed to purchase additional shares. On such occasions, the purchasing Gottex Fund, through its nominee, executed a form of "Additional Subscription Request," an example of which is annexed hereto as <u>Exhibit B</u>. Such Additional Subscription Requests provided, in pertinent part, that the subscriber "restates all of the declarations, acknowledgements, representations, warranties, agreements, and understandings made in the undersigned's original Share Application as if they were made on the date hereof". To avoid cluttering the record unnecessarily, I have not annexed all Additional Subscription Requests submitted by the Gottex Funds, but I can provide them if the Court wishes.

5. The Gottex Funds have commenced litigation against the Fund in the Supreme Court of Bermuda. Annexed hereto as <u>Exhibit C</u> are copies of the writ of summons and Statement of Claim served by the Gottex Funds in that Bermuda litigation.

6. In accordance with the forum-selection clause contained in paragraph 15(e) at page A-8 of the Share Applications, if our motion to dismiss this action is granted, SIA and I will submit to the jurisdiction of the Bermuda courts in the event the Gottex Funds commence an action against SIA and me in Bermuda relating to or arising out of their investment in the Fund. SIA and I reserve the right to assert any and all other defenses to any such action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 8th, 2008

_____
MARLON QUAN